# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 28 2007

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>JUAN CARLOS QUIZAR-VIVIDOR (1),<br><br>                    Defendant. | CASE NO. 07CR1945-GT<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of: _8: 1326(a) and (b) and 8:1546(a) - Deported Alien Found in the United States and Fraud and Misuse of Entry Document._

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 24, 2007

_____
GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE